**VACATE AND DISMISS and Opinion Filed March 6, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01236-CV

**PORESHA POLK, Appellant**
**V.**
**LA HACIENDA APT., Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-02474-D**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Garcia
Opinion by Justice Reichek

We questioned our jurisdiction over this appeal in the underlying forcible detainer lawsuit because it appeared the appealed judgment was signed outside the trial court's plenary power. We directed the parties to file letter briefs addressing the jurisdictional issue. Appellant filed a letter brief. Appellee did not.

On July 7, 2022, the trial court dismissed the case. One hundred and twenty-three days later, on November 7, 2022, well after its plenary power expired, the trial court vacated the dismissal order and reinstated the case. *See* TEX. R. CIV. P.

329b. The trial court signed the appealed judgment on November 17, 2022 awarding possession of the premises, past-due rent, and attorney's fees to appellee.

A judgment signed after the trial court's plenary power has expired is void. *See State ex. rel Latty v. Owens*, 907 S.W.2d 484, 486 (Tex. 1995) (per curiam). When an appeal is taken from a void judgment, an appellate court cannot reach the merits of the appeal but can only vacate the void judgment and dismiss the appeal. *See id*.

Although appellant filed a letter brief, her arguments are difficult to decipher. She appears to assert that the trial court's November 17th judgment is void and the July 7th dismissal order is the final judgment. We agree.

Because the appealed judgment was signed outside the trial court's plenary power, we lack jurisdiction to consider the merits of the appeal. Accordingly, we vacate the November 17th judgment and dismiss the appeal. *See id*. The July 7th dismissal order is the final judgment in the case.

/Amanda L. Reichek/

AMANDA L. REICHEK
JUSTICE

221236F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

PORESHA POLK, Appellant

No. 05-22-01236-CV      V.

LA HACIENDA APT., Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas

Trial Court Cause No. CC-22-02474-D.

Opinion delivered by Justice Reichek. Justices Nowell and Garcia participating.

In accordance with this Court's opinion of this date, the trial court's November 17, 2022 judgment is **VACATED** and the appeal is **DISMISSED**.

Judgment entered this 6th day of March 2023.